UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>)<br>)<br>v.                                                    )<br>)<br>SEAN CROTO,                               )<br>)<br>          DEFENDANT              ) | CRIMINAL NO. 2:07-CR-40-DBH |

ORDER ON DEFENDANT'S MOTION TO MODIFY
CONDITIONS OF SUPERVISED RELEASE

The defendant's motion to modify his conditions of supervised release to permit the use of medical marijuana or for early termination of supervised release is **DENIED** for the reasons stated in the government's response. If Mr. Croto continues to do well on supervised release, he can renew his request for early termination after he has served at least 60% of his term successfully, and I will consider it anew then.

SO ORDERED.

DATED THIS 31ST DAY OF MAY, 2016

/S/D. BROCK HORNBY
D. BROCK HORNBY
UNITED STATES DISTRICT JUDGE